**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
T.V. SESHAN M.D., P.C.,

              Plaintiff,

-against-

            25 **CIVIL** 499 (CS)
            25 **CIVIL** 1255 (CS)
            25 **CIVIL** 1264 (CS)
            25 **CIVIL** 2049 **(CS)**

## **JUDGMENT**

BLUE CROSS BLUE SHIELD ASSOCIATION,

              Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated December 5, 2025, Defendant's motion to dismiss is

GRANTED, and Plaintiff's motion to confirm the arbitration awards is DENIED; accordingly,

the four above-captioned consolidated cases are closed.

**Dated:** New York, New York

     December 8, 2025

                      **TAMMI M. HELLWIG**
                      _____
                         **Clerk of Court**

             **BY:**      *K. Mango*
                      _____
                         **Deputy Clerk**